USCA1 Opinion

 

 [NOT FOR PUBLICATION] United States Court of Appeals For the First Circuit ____________________ No. 97-1189 IN RE: THUNDERBOLT REALTY TRUST, Debtor. ____________________ ELEANOR B. MARTIN, Plaintiff, Appellant, v. RUSSELL E. MARTIN, SR., ET AL. Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Michael A. Ponsor, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Aldrich, Senior Circuit Judge, and ____________________ Lynch, Circuit Judge. _____________ ____________________ Louis Kerlinsky on brief for appellant. _______________ Mark H. Bluver, Steven Weiss, Susan E. Zak, and Shatz, Schwartz & ______________ ____________ ____________ _________________ Fentin, P.C. on brief for appellee Steven Weiss, Chapter 7 Trustee. ____________ Stephan M. Rodolakis, Mark Foss, and Peters, Barhill, Massad & ____________________ _________ _________________________ Rodolakis on brief for appellee A. Richard Grebe. _________ Michael J. Rye and Doherty, Wallace, Pillsbury & Murphy, P.C. on ______________ __________________________________________ brief for appellees Park West Bank and Trust Company and David Azran. ____________________ September 19, 1997 ____________________ Per Curiam. We have reviewed the parties' briefs Per Curiam __________ and the record on appeal. We affirm the decision of the district court that the complaint filed by appellant Eleanor Martin failed to comply with the applicable statute of limitations for the reasons stated in the court's well- reasoned memorandum. See Loc. R. 27.1. The judgment entered ___ on December 18, 1996 is affirmed. Costs to appellees. Affirmed. _________ -2- 2